UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSIAH JOHNSON AND JENNIFER JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>JEREMIAH JOHNSON, THE ALTAR GLOBAL INC., PAUL JOHNSON, AND PAUL T. JOHNSON MINISTRIES,<br><br>    Defendant. | Civil File No. 1:25-cv-00658-TWP-MG<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS**<br><br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs state that they are a) individuals, and b) they do not own more than 10% of any publicly held corporation.

Respectfully submitted,

*/s/ Brent W. Huber*
Brent W. Huber, Atty No. 16077-53
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
brent.huber@icemiller.com

/s/ Warren V. Norred
NORRED LAW, PLLC
515 E. Border St.
Arlington, TX 76010
warren@norredlaw.com

*Attorneys for Plaintiffs, Josiah Johnson and Jennifer Johnson*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record for electronic service this 30th day of April 2025 by the Court's electronic filing system.

/s/ Brent W. Huber
Brent W. Huber

2

4907-5502-9052.1