UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | | |
|---|---|---|
| JOSIAH JOHNSON, <br> JENNIFER JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMIAH JOHNSON, THE ALTAR GLOBAL, INC., PAUL JOHNSON, PAUL T. JOHNSON MINISTRIES, <br><br> Defendants. | § § § § § § § § § § § § | Case No.: 1:25-cv-00658-TWP-MG |

_____

**Motion of Dustin T. Gaines, Esq., to Appear *Pro Hac Vice* on Behalf of Defendants**

COMES Now Dustin T. Gaines, Esq., of the law firm of Gaines, Goodspeed and Juba, PC, and, pursuant to Southern District of Indiana Local Rule 83-6 files this Motion to Appear *Pro Hace Vice* on behalf of Defendants, Paul T. Johnson, Paul T. Johnson Ministries, Jeremiah Johnson, and The Alter Global, showing onto the Court as follows:

1. I am and have been a member in good standing of the bar of the State of Texas since November 1, 2013, with Texas State Bar Number 24087553.

2. I am admitted to practice before courts in the states of Texas. I am also admitted to practice before the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Northern District of Texas, United States District

1

Court for the Eastern District of Texas, and the United States District Court for the Northern District of Mississippi (*pro hac vice*).

3. I am not and have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, or received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

5. My law partner, Mark Juba, who is a member of the Indiana State Bar (Indiana Bar No. 24254-71), will be local counsel for this matter.

6. The administrative fees required to process this motion for admission pro hac vice will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear pro hac vice for purposes of this cause only.

Dated: May 7, 2025

Respectfully Submitted,

*/s/ Dustin T. Gaines*
Dustin T. Gaines, Esq.
Texas Bar No.: 24087553
Gaines, Goodspeed & Juba PC

                          2201 Spinks Road, Suite 208
                          Flower Mound, TX 75022
                          dustin@mychurchlawfirm.com
                          Telephone: (469) 300-8696

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2025, a copy of the foregoing *Motion of Dustin T. Gaines, Esq. to Appear Pro Hac Vice on Behalf of Defendants* was filed electronically. Notice of this filing will be sent to all counsel of records and/or parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                          */s/ Dustin T. Gaines*
                          Dustin T. Gaines, Esq.