$0.690
US POSTAGE IMI
FIRST-CLASS
063S0009595004
FROM 47150

LOUISVILLE KY 400
25 APR 2025 PM 2 L

( 1:25-cv-658 )
Kathryn Wilburn Drey
Gaines Goodspeed & Juba/My Church Law Firm
2201 Sprinks Road
Flower Mound TX 75022

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
210 FEDERAL BUILDING
121 WEST SPRING STREET
NEW ALBANY, INDIANA 47150

OFFICIAL BUSINESS

FILED
MAY 12 2025
U.S. DISTRICT COURT
NEW ALBANY, INDIANA