UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| JOSIAH JOHNSON, § <br> JENNIFER JOHNSON, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JEREMIAH JOHNSON, THE ALTAR § <br> GLOBAL, INC., PAUL JOHNSON, § <br> PAUL T. JOHNSON MINISTRIES, § <br> § <br> Defendants. § | Case No.: 1:25-cv-00658-TWP-MG |

_____

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court upon the motion of Kathryn W. Drey, counsel for Paul T. Johnson, Paul T. Johnson Ministries, Jeremiah Johnson, and The Altar Global, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

    Kathryn W. Drey, Esq.
    Gaines, Goodspeed & Juba PC
    2201 Spinks Road, Suite 208
    Flower Mound, TX 75022
    dustin@mychurchlawfirm.com
    Telephone: (469) 300-8696

Date: 5/14/2025

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF