UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSIAH JOHNSON, <br> JENNIFER JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMIAH JOHNSON, <br> THE ALTAR GLOBAL, INC, <br> PAUL JOHNSON, <br> PAUL T. JOHNSON MINISTRIES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:25-cv-00658-TWP-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter was transferred to the Southern District of Indiana from the Northern District of Texas on April 4, 2025. Local Rule 16-2 directs parties to file a statement of position as to what action the court should take when a case is remanded by the court of appeals or transferred from another district. Accordingly, the parties are directed to file their position statements no later than **June 12, 2025.**

The Court notes that the parties filed their Agreed Case Management Plan (CMP) on May 28, 2025 and indicate that the track that best suits this case is Track 1: No dispositive motions are anticipated. (Dkt. 34 at 5). The CMP also states that "Defendant has a pending Motion to Dismiss which is due to be adjudicated." *Id*. at 2. However, the Motion to Dismiss (Dkt. 13) was filed on February 14, 2024, prior to the filing of the March 7, 2025 operative Amended Complaint (Dkt. 14), and that motion was granted in part prior to transfer to this district. (See Dkt. 16). The Court needs clarification of the parties' positions so that it can determine what actions it should take.

**IT IS SO ORDERED.**

Date: 6/5/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kathryn Wilburn Drey
Gaines, Goodspeed & Juba PC
kathryn@mychurchlawfirm.com

Dustin Gaines
Gaines, Goodspeed & Juba, P.C.
dustin@mychurchlawfirm.com

Brent W. Huber
ICE MILLER LLP (Indianapolis)
brent.huber@icemiller.com

Robert Jorczak
ICE MILLER
Louie.Jorczak@icemiller.com

Warren Norred
Norred Law PLLC
warren@norredlaw.com