# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSIAH JOHNSON AND JENNIFER JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMIAH JOHNSON, THE ALTAR GLOBAL INC., PAUL JOHNSON, AND PAUL T. JOHNSON MINISTRIES, <br><br> Defendants. | Civil File No. 1:25-cv-00658-TWP-MG <br><br> JURY TRIAL REQUESTED |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned attorneys respectfully move to withdraw as counsel of record for the Plaintiffs Josiah Johnson and Jennifer Johnson in this action. Plaintiffs will continue to be represented by Warren V. Norred.

Respectfully submitted,

/s/ Brent W. Huber
Brent W. Huber, Atty. No. 16077-53
Robert A. "Louie" Jorczak, Atty. No. 32027-29
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
brent.huber@icemiller.com
louie.jorczak@icemiller.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record for electronic service this 8th day of September 2025 by the Court's electronic filing system.

*/s/ Brent W. Huber*
Brent W. Huber