UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSIAH JOHNSON AND JENNIFER JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMIAH JOHNSON, THE ALTAR GLOBAL INC., PAUL JOHNSON, AND PAUL T. JOHNSON MINISTRIES,<br><br>Defendants. | Civil File No. 1:25-cv-00658-TWP-MG<br><br>JURY TRIAL REQUESTED |

**ORDER GRANTING MOTION TO WITHDRAW**

This matter came before the Court on the Motion to Withdraw of Brent W. Huber and Robert A. "Louie" Jorczak of Ice Miller LLP on behalf of Plaintiffs. Having reviewed this motion and being otherwise duly advised the Court hereby GRANTS this motion and orders the clerk to update the record in this case accordingly.

SO ORDERED, ADJUDGED, AND DECREED this _____ day of _____ 2025.

_____
Judge, United States District Court, Southern District of Indiana, Indianapolis Division

Copies to:

Distribution to all registered counsel by CM/ECF.