UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSIAH JOHNSON,<br>JENNIFER JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00658-TWP-MG |
| | ) | |
| JEREMIAH JOHNSON,<br>THE ALTAR GLOBAL, INC,<br>PAUL JOHNSON,<br>PAUL T. JOHNSON MINISTRIES, | ) | |
| | ) | |
| Defendants. | ) | |

### Order Regarding Settlement Deadlines

The parties are reminded of their deadlines to submit via email (not file) their confidential settlement statements and draft settlement agreement to Judge Garcia's chambers at JudgeGarciaChambers@insd.uscourts.gov **no later than 14 days before the upcoming settlement conference**. A failure to do so could result in an Order to Show Cause or the conference being vacated due to counsel's failure to follow this important deadline.

The confidential settlement statement should set forth a brief statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; (3) the existence of any applicable liens; (4) any pending or anticipated dispositive or other substantive motions and citation to controlling precedent in support of their respective legal positions; and (5) a summary of the parties' settlement efforts to date.

The confidential settlement statement generally **should not exceed five pages**, and parties

should be judicious about the submission of exhibits.[1]

Photos and videos the parties anticipate using during settlement should be provided to the opposing party and provided to Judge Garcia's chambers with the confidential settlement submission. Videos must be provided in MP4 format. Any materials that are too large to be transmitted via email, shall be submitted to chambers on a USB drive.

For any other details, please see the Court's settlement conference scheduling order.

Date: 8/10/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

---

1 If exigent circumstances apply and a party requires more than five pages, the party should submit to Chambers a notice of the page extension in writing to MJGarcia@insd.uscourts.gov, **no later than 15 days before the settlement conference.**