**UNITED STATES IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA - INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JOSIAH JOHNSON AND JENNIFER JOHNSON,**<br>**Plaintiffs,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **CAUSE NO. 1:25-cv-00658-TWP-MG** |
| **JEREMIAH JOHNSON, et al.**<br>**Defendants.** | §<br>§ | |

**<u>DISMISSAL ORDER</u>**

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order (ECF no. 68). The Court, being advised that the Parties have reached a mutually agreed-upon settlement, hereby ORDERS as follows:

This action is DISMISSED WITH PREJUDICE. Each Party shall bear its own attorneys' fees, costs, and expenses. The Clerk is directed to close this case.

Date: 11/20/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

AGREED:

*/s/Warren V. Norred*
Warren V. Norred, for Plaintiff

*/s/Kathryn Drey* (with permission)
Kathryn Drey, for Defendants

Distribution to all electronically registered counsel of record via CM/ECF